# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

U.S. SMALL BUSINESS ADMINISTRATION Esfiling
Receiver for PROSPERO VENTURES, L.P.,

**SUMMONS IN A CIVIL CASE**

                Plaintiff,

        **V.**

CASE NUMBER:

RAINBOW ENTERPRISES, L.P.,

C07-03738 JCS

              Defendant.

      TO: (Name and address of defendant)

RAINBOW ENTERPRISES, L.P.
21690 Rainbow Court
Cupertino, CA 95014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Arlene P. Messinger, Esq.     and
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416

Darryl J. Horowitt, Esq.
Coleman & Horowitt, LLP
499 West Shaw, Suite 116
Fresno, CA 93704

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 19 2007

DATE _____

Richard W. Wieking
CLERK

_____
(BY) DEPUTY CLERK

NDCAO440

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | FOR COURT USE ONLY |
|---|---|---|
| COLEMAN & HOROWITT, LLP<br>ATTORNEYS AT LAW<br>DARRYL J. HOROWITT - SBN # 100898<br>499 W. SHAW AVENUE, SUITE 116<br>FRESNO, CA 93704 | TELEPHONE NO.<br>(559) 248-4820 | |
| ATTORNEY FOR (NAME)   U.S. SMALL BUS. ADMIN., ET AL | REFERENCE NUMBER<br>QT269014-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
U.S. SMALL BUS. ADMIN., ET AL vs. RAINBOW ENTERPRISES, L.P.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0703738JCS |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SEE ATTACHED LIST OF DOCUMENTS;

| | |
|---|---|
| **Name of Defendant:** | RAINBOW ENTERPRISES, L.P. |
| **Person Served:** | LENA BHALERAO |
| **Title:** | COMPETENT MEMBER OF HOUSEHOLD |
| **Date of Delivery:** | 08/20/07 |
| **Time of Delivery:** | 11:30 am |
| **Place of Service:** | 21690 RAINBOW COURT<br>CUPERTINO, CA 95014                    (Residence) |
| **Date of Mailing:** | 08/21/07 |
| **Place of Mailing:** | SAN FRANCISCO |

### Physical Description:

| AGE: | 25+ | HAIR: | BLACK | HEIGHT: | 5'3" | RACE: | ME |
|---|---|---|---|---|---|---|---|
| SEX: | FEMALE | EYES: | BROWN | WEIGHT: | 125 LBS | | |

### Manner of Service:

Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   ☐ Federal Rules of Civil Procedure

☐
X  California Code of Civil Procedure

**Fee for service:**   $ 59.50

| | |
|---|---|
| ☒ Registered: . . . . ALAMEDA . . . . . County,<br>Number: . . . . . . 850 . . . . . . .<br>**Attorney's Diversified Services**<br>741 N. Fulton Street<br>Fresno, CA 93728<br>*Client File # 1875.01*<br>30C/QT269014-01        PROOF OF SERVICE | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed<br>on: . . . . . . . August 22, 2007 . . . . . . . .<br>at: . . . . . . . San Francisco . . . . , California.<br><br>Signature: _Caesar Eric Railey_<br>Name: CAESAR ERIC RAILEY<br>Title: REGISTERED PROCESS SERVER |