1   ARLENE P. MESSINGER
    Assistant General Counsel for SBIC Enforcement
2   U.S. Small Business Administration
    Receiver for Prospero Ventures, L.P.
3   409 Third Street, S.W., 7th Floor
    Washington, DC 20416
4   Telephone: (202) 205-6857
    Facsimile: (202) 481-0325
5
    DARRYL J. HOROWITT #100898
6   CHRISTINE J. LEVIN #192181
    COLEMAN & HOROWITT, LLP
7   Attorneys at Law
    499 West Shaw, Suite 116
8   Fresno, California 93704
    Telephone: (559) 248-4820
9   Facsimile: (559) 248-4830

10  Attorneys for Plaintiff,
    U.S. SMALL BUSINESS ADMINISTRATION,
11  as Receiver for PROSPERO VENTURES, L.P.

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15  U.S. SMALL BUSINESS                    NO.    C 07-03738 JCS
    ADMINISTRATION, as Receiver for
16  PROSPERO VENTURES, L.P.,
                                           **NOTICE OF PENDENCY OF**
17              Plaintiff,                 **RELATED CASES PURSUANT TO**
                                           **CIVIL L.R. 3-13**
18         v.
                                           Related Cases:
19  RAINBOW ENTERPRISES, L.P.,
                                           C 04-4351 SBA
20              Defendant.                 C 07-03732 MEJ
                                           C 07-03733 JL
21                                         C 07-03735 JL
                                           C 07-03736 EMC
22                                         C 07-03737 SI
                                           C 07-03739 EDL
23                                         C 07-03740 BZ
                                           C 07-03741 JCS
24

25  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE

26  ATTORNEYS OF RECORD:

27         PLEASE TAKE NOTICE that the above-captioned matter is related to the following case

28  that was previously filed in this court:

                                    1

1    *United States of America v. Prospero Ventures*, United States District Court Case No.

2    C 04-4351 SBA ("The Receivership Action").  By way of The Receivership Action, plaintiff

3    herein sought and obtained a receivership over the defendant.

4        The above-captioned action is also related to the following actions filed in this district:

5    1.    *U.S. Small Business Administration, as Receiver for Prospero Ventures, L.P. v.*
            *Jane C. Sloane*, USDC Case No. C 07-03732 MEJ;

6

7    2.    *U.S. Small Business Administration, as Receiver for Prospero Ventures, L.P. v.*
            *Jose Maria Insenser and Lucia Martinez*, USDC Case No. C 07-03733 JL;

8

9    3.    *U.S. Small Business Administration, as Receiver for Prospero Ventures, L.P. v.*
            *High Growth Management, Ltd.*, USDC Case No. C 07-03735 JL;

10

11   4.    *U.S. Small Business Administration, as Receiver for Prospero Ventures, L.P. v.*
            *Jarrat Enterprises Limited Partnership*, USDC Case No. C 07-03736 EMC;

12

13   5.    *U.S. Small Business Administration, as Receiver for Prospero Ventures, L.P. v.*
            *John W. Murphy*, USDC Case No. C 07-03737 SI;

14

15   6.    *U.S. Small Business Administration, as Receiver for Prospero Ventures, L.P. v.*
            *John M. Sloane*, USDC Case No. C 07-03739 EDL;

16

17   7.    *U.S. Small Business Administration, as Receiver for Prospero Ventures, L.P. v.*
            *Luzon Investments, Ltd.*, USDC Case No. C 07-03740 BZ; and

18

19   8.    *U.S. Small Business Administration, as Receiver for Prospero Ventures, L.P. v.*
            *Donald K. Emery*, USDC Case No. C 07-03741 JCS.

20

21       The above-referenced actions arise out of the breach of a limited partnership agreement

22   entered into by and between each defendant and Prospero Ventures, L.P. ("PROSPERO").  Each

23   defendant in the above- referenced actions agreed to contribute a specific amount of capital to the

24   formation and/or operation of PROSPERO, but failed to provide all or some of the required

25   contribution.  As a result, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for

26   PROSPERO, filed a lawsuit for breach of the partnership agreement against each named

27   defendant above (each defendant owes a different amount).

28       The above matters, including The Receivership Action, should be coordinated so as to

1   avoid conflicts, conserve resources and promote an efficient determination of the action.

2

3   Dated: October 15, 2007                    COLEMAN & HOROWITT, LLP

4

5                                              By: _____
                                                      CHRISTINE J. LEVIN
6                                                     Attorneys for Plaintiff,
                                                      U.S. SMALL BUSINESS
7                                                     ADMINISTRATION, as Receiver for
                                                      PROSPERO VENTURES, L.P.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

F:\CLIENTS\1875-USSBAProspero\01Prospero\Pldg\Rainbow\NoticePendencyAction.wpd
10/15/07 ~ 1:36 pm

NOTICE OF PENDENCY OF RELATED CASES

**PROOF OF SERVICE**

I declare that I am a citizen of the United States and a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On October 15, 2007, I served the foregoing document(s) described as **NOTICE OF PENDENCY OF RELATED CASES PURSUANT TO CIVIL L.R. 3-13** on the interested parties, addressed as stated on the attached service list.

[x]   BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[x]   BY CALIFORNIA OVERNIGHT - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[]    BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[]    BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated on the attached service list.

[]    STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]   FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on October 15, 2007, at Fresno, California.

Jennifer Armenta

1        <u>Service List</u>

2

3        **Via Mail and Electronic Mail:**

4        Bruce A. Singal, Esq.
         Donoghue Barrett & Singal, P.C.
5        One Beacon Street, Suite 1320
         Boston, MA 02108-3113
6        E-Mail:  bsingal@dbslawfirm.com

7
         Attorneys for Defendants,
8        Jane C. Sloane,
         John M. Sloane,
9        Donald K. Emery,
         Jarrat Enterprises Limited Partnership,
10       John W. Murphy,
         Rainbow Enterprises, L.P.
11

12       **Via Mail:**

13       Stephen Hyndman
         175 Lundys Lane
14       San Francisco, CA 94110

15       Agent for Defendants,
         Jose Maria Insenser and Lucia Martinez
16

17       Jerald P. Shaevitz
         24175 Dawnridge Dr.
18       Los Altos Hills, CA 94024

19       Agent for Defendants,
         Luzon Investments, Ltd. and
20       High Growth Management, Ltd.

21

22       **Via California Overnight:**

23       <u>**Chambers Copy**</u>
         The Honorable Saundra B. Armstrong
24       U.S. District Court, Northern District
         1301 Clay Street
25       South Tower, Suite 400S
         Oakland, CA 94612
26

27

28

5

PROOF OF SERVICE