

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035

RICHARD W. WIEKING
CLERK OF COURT

October 22, 2007

John O'Connor
O'Connor & Associates
One Embarcadero Center, Suite 1020
San Francisco, CA 94111

**Re:    U.S. SMALL BUSINESS ADMINISTRATION  v. RAINBOW ENTERPRISES, L.P.**
C07-03738 (JCS)

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **October 24, 2007.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

Sincerely,

RICHARD W. WIEKING

By: Karen L.Hom
        Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   U.S. SMALL BUSINESS  ADMIN.,              No.  C 07-03738 JCS

8              Plaintiff(s),                  **CONSENT TO PROCEED BEFORE A
                                              UNITED STATES MAGISTRATE JUDGE**
9        v.

10  RAINBOW ENTERPRISES, L.P.,

11             Defendant(s).

12  _____/

13

14        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

15        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

16  in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

17  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

18  final judgment. Appeal from the judgment shall be taken directly to the United States Court of

19  Appeals for the Ninth Circuit

20

21  Dated: _____          _____
                                               Signature
22

23                                             Counsel for _____
                                               (Name or party or indicate "pro se")
24

25

26

27

28

                                          2

**United States District Court**
For the Northern District of California

1

2

3

4
UNITED STATES DISTRICT COURT

5
NORTHERN DISTRICT OF CALIFORNIA

6

7
U.S. SMALL BUSINESS ADMIN.,                    No.  C 07-03738 JCS

8
           Plaintiff(s),

9
    v.                                                      **DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND**

10
RAINBOW ENTERPRISES, L.P.,                     **REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

11
           Defendant(s).

12
_____/

13

14
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

15
       The undersigned party in the above-captioned civil matter hereby declines to consent to the

16
assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

17
requests the reassignment of this case to a United States District Judge.

18

19

20
Dated: _____          _____

21
                               Signature

22
                               Counsel for _____
(Name or party or indicate "pro se")

23

24

25

26

27

28

3