United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| U.S. Small Business Administration, | 07-03732 MEJ MED |
| Plaintiff(s), | 07-03736 EMC MED |
| v. | 07-03737 SI MED |
| Jane C. Sloane, | 07-03738 JCS MED |
| Jarrat Enterprises Limited Partnership, | 07-03739 EDL MED |
| Murphy, | 07-03747 JCS MED |
| Rainbow Enterprises, | |
| Sloane, | |
| Emery, | **Notice of Appointment of Mediator** |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to these cases is:

**James Barber**
Attorney at Law
55 Amigo Lane
Walnut Creek, CA 94596
925-210-0363

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

**Notice of Appointment of Mediator**
07-03732 MEJ MED
07-03736 EMC MED
07-03737 SI MED
07-03738 JCS MED
07-03739 EDL MED
07-03741 JCS MED

- 1 -

1 governs the Mediation program.  The mediator will schedule a joint phone conference
2 with counsel under ADR L.R. 6-6 and will set the date of the mediation session within
3 the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.
4 The court permits the mediator to charge each party its pro rata share of the cost of the
5 phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: November 29, 2007

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03732 MEJ MED
07-03736 EMC MED
07-03737 SI MED
07-03738 JCS MED
07-03739 EDL MED
07-03741 JCS MED                          - 2 -