**FILED**

DEC 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
DEC 21 2007
CLERK
NORTHERN U.S. DISTRICT
DISTRICT OF CALIF.

UNITED STATES DISTRICT COURT

Northern District of California

U.S. Small Business Administration, as Receiver for Prospero Ventures, L.P.,

Plaintiff(s),

v.

Donald K. Emery
Jarrat Enterprises Limited Partnership
Jane C. Sloane
John M. Sloane
John W. Murphy
Rainbow Enterprises, L.P.

Defendant(s).

CASE NO.
C07-03741 VRW
C07-03736 VRW
C07-03732 VRW
C07-03739 VRW
C07-03737 VRW
C07-03738 VRW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Damien C. Powell, an active member in good standing of the bar of United States District Court, Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

Donoghue, Barrett & Singal, P.C.
One Beacon Street, Boston, MA 02108
617-720-5090

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the above-referenced defendants

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 27, 2007

_____
United States District Judge