ARLENE P. MESSINGER
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

DARRYL J. HOROWITT #100898
CHRISTINE J. LEVIN #192181
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for PROSPERO VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>JANE C. SLOANE,<br><br>Defendant. | NO.   C 07-03732 VRW<br>**Related Cases:**<br>C 07-03733, C 07-03735, C 07-03736,<br>C 07-03737, C 07-03738, C 07-03739,<br>C 07-03740, C 07-03741<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER THEREON** |

This stipulation is entered into by and between Plaintiff, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., and Defendant, JANE C. SLOANE, on the following recitals, terms, and agreements:

///

///

1

# RECITALS

This stipulation is entered into with the following facts taken into consideration:

A. Plaintiff filed the above-captioned action on July 19, 2007.

B. Plaintiff thereafter served the complaint on Defendant on August 13, 2007.

C. Defendant filed an answer on October 19, 2007.

D. On November 20, 2007, the parties filed a joint case management statement.

E. On November 27, 2007, the following nine cases were determined to be related:

    1. U.S.S.B.A. v. Jane Sloane - Case No. C 07-03732 VRW;

    2. U.S.S.B.A. v. Insenser and Martinez - Case No. C 07-03733 VRW;

    3. U.S.S.B.A. v. High Growth - Case No. C 07-03735 VRW;

    4. U.S.S.B.A. v. Jarrat Enterprises - Case No. C 07-03736 VRW;

    5. U.S.S.B.A. v. John Murphy - Case No. C 07-03737 VRW;

    6. U.S.S.B.A. v. Rainbow Enterprises - Case No. C 07-03738 VRW;

    7. U.S.S.B.A. v. John Sloane - Case No. C 07-03739 VRW;

    8. U.S.S.B.A. v. Luzon - Case No. C 07-03740 VRW; and

    9. U.S.S.B.A. v. Donald K. Emery - Case No. C 07-03741 VRW;

F. Defendant and the five following Defendants are represented by the same law firm:

    1. John Sloane - Case No. C 07-03739 VRW;

    2. Donald K. Emery - Case No. C 07-03741 VRW;

    3. Jarrat Enterprises - Case No. C 07-03736 VRW;

    4. Rainbow Enterprises - Case No. C 07-03738 VRW; and,

    5. John Murphy - Case No. C 07-03737 VRW

G. Plaintiff and the six aforementioned Defendants have agreed to participate in the Court's mediation program with the assistance of James Barber, having reserved February 26, 2008, and February 27, 2008, for this purpose.

H. Defaults have been entered against the following three Defendants: Insenser and Martinez (Case No. C 07-03733 VRW), High Growth (Case No. C 07-03735 VRW), and Luzon (Case No. C 07-03740 VRW). Accordingly, the aforementioned three Defendants have not been

asked to consent to this continuance nor will the defaulted parties be prejudiced by the continuance.

I. On today's date, the parties will be submitting a joint application seeking permission from this Court to complete mediation beyond the Court's deadline of February 2, 2008.

J.. In order to promote judicial economy, the parties herein jointly request a continuance of the Case Management Conference until February 28, 2008, at 3:30 p.m. in order to complete the mediation process prior to the case management conference.

## STIPULATION

With the above facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties do hereby stipulate and agree as follows:

1. The case management conference shall be continued to February 28, 2008 at 3:30 p.m.

2. This stipulation may be executed in counterparts and a facsimile and/or electronic signature shall be considered as valid as an original.

Dated: January 3, 2008         COLEMAN & HOROWITT, LLP


By:   /s/ Darryl J. Horowitt
       DARRYL J. HOROWITT
       Attorneys for Plaintiff

Dated: January 3, 2008

DONOGHUE, BARRETT & SINGAL, P.C.

By:   /s/ Damien C. Powell
       Bruce A. Singal
       Damien C. Powell
       Appearance *Pro Hac Vice*
       Attorneys for Defendant,


O'CONNOR & ASSOCIATES
       John O'Connor
       Attorney for Defendant,

U.S. Small Business Administration,
as Receiver for Prospero Ventures, L.P.
v. Jane C. Sloane
Case No. C 07-03732 VRW

### ORDER

The parties having so stipulated, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The case management conference shall be continued to ~~February 28~~ March 20, 2008 at 3:30 p.m.

Dated: January 8, 2008

*IT IS SO ORDERED AS MODIFIED*

_____
HONORABLE VAUGHN R WALKER
U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

I am a citizen of the United States of America and a resident of the State of California. I am over the age of eighteen (18) years. My business address is Coleman & Horowitt, LLP, 499 W. Shaw Avenue, Suite 116, Fresno, CA 93704.

On January 3, 2008, I served the foregoing document(s) described as **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** on the interested parties as listed below:

<u>Via Electronic Mail by Filing Electronically With the Northern District Court of California</u>:

Bruce A. Singal
Damien C. Powell
DONOGHUE, BARRETT & SINGAL, P.C.
One Beacon Street
Boston, MA 02108

John O'Connor
O'CONNOR & ASSOCIATES
One Embarcadero Center, Suite 1020
San Francisco, CA 94111

Attorneys for Defendant

<u>Via Overnight Mail</u>:

Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2008, in Fresno, California.

Lisa R. Barr