**James P. Barber**
**55 Amigo Lane**
**Walnut Creek, CA 94596**
925-210-0363 (ph./fax)
jim.barber@sbcglobal.net

January 14, 2008

**VIA E-MAIL**

| | |
|---|---|
| Arlene P. Messinger, Esq. | O'Connor & Associates |
| Asst. Gen. Co. for SBIC Enforcement | One Embarcadero Center, Ste. 1020 |
| U.S. Small Business Admin., | San Francisco, CA 94111 |
|   Receiver for Prospero Ventures, L.P. | |
| 409 Third St., S.W., 7th Floor | |
| Washington, D.C. 20416 | Bruce A. Singal, Esq. |
| | Michelle R. Peirce, Esq. |
| Darryl J. Horowitt, Esq. | Damien C. Powell, Esq. |
| Christine J. Levin, Esq. | Donoghue, Barrett & Singal, P.C. |
| Coleman & Horowitt, LLP | One Beacon Street |
| 499 West Shaw, Ste. 116 |  Boston, MA 02108 |
| Fresno, CA 93704 | |
| John O'Connor, Esq. | |

      Re:    U.S. Small Business Administration, as Receiver for Prospero Ventures, L.P., v. Jane Sloane; Jarrat Enterprises, L.P.; John Murphy; Rainbow Enterprises, L.P.; John Sloane; and Donald Emery
<u>USDC (N.D. Cal., SF) Case Nos. C 07-03732/36/37/38/39/47-MEJ</u>

Dear Counsel:

      I have received a copy of the court's order setting the mediation hearing for Tuesday, February 26, 2008, and Wednesday, February 27, 2008 (if necessary). We will have Courtroom 17 and its jury room on both days, which should suffice. We also will have Courtroom 19 and the attorney conference room on Tuesday, February 26th only, *i.e.,* but not on Wednesday the 27th. I will call each of you soon to discuss this case further.

                                                           Sincerely yours,

                                                              /s/

                                                          James P. Barber

cc:    Clerk's Office-ADR Unit
        Attn: Alice M. Fiel
        (via e-mail)