# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| U.S. Small Business Administration,<br><br>    Plaintiff(s),<br><br>v.<br><br>Rainbow Enterprises, L.P.,<br><br>    Defendant(s). | No. C 07-03738 MEJ MED<br><br>**Certification of ADR Session** |

*Instructions:* **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _February 26-27, 2008_

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ **YES**    ☐ **NO**

Dated: _February 28, 2008_         _/s/ Jean P. [signature]_
                                                   Mediator, James Barber
                                                   Attorney at Law
                                                   55 Amigo Lane
                                                   Walnut Creek, CA 94596