1  ARLENE P. MESSINGER
   Assistant General Counsel for SBIC Enforcement
2  U.S. Small Business Administration
   Receiver for Prospero Ventures, L.P.
3  409 Third Street, S.W., 7th Floor
   Washington, DC 20416
4  Telephone: (202) 205-6857
   Facsimile: (202) 481-0325
5
   DARRYL J. HOROWITT #100898
6  CHRISTINE J. LEVIN #192181
   COLEMAN & HOROWITT, LLP
7  Attorneys at Law
   499 West Shaw, Suite 116
8  Fresno, California 93704
   Telephone: (559) 248-4820
9  Facsimile: (559) 248-4830

10 Attorneys for Plaintiff,
   U.S. SMALL BUSINESS ADMINISTRATION,
11 as Receiver for PROSPERO VENTURES, L.P.

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15 | U.S. SMALL BUSINESS              | NO.   C 07-03738 VRW
   | ADMINISTRATION, as Receiver for  | **Related Cases:**
16 | PROSPERO VENTURES, L.P.,         | C 07-03732, C 07-03733, C 07-03735,
   |                                   | C 07-03736, C 07-03737, C 07-03739,
17 |           Plaintiff,              | C 07-03740, C 07-03741
   |                                   |
18 |     v.                            | **[PROPOSED] JUDGMENT AND ORDER**
   |                                   |
19 | RAINBOW ENTERPRISES,              | [Filed concurrently with Notice Motion,
   |                                   | Memorandum of Points, and Request
20 |           Defendant.              | to Take Judicial Notice]
   |                                   |
21 |                                   | Date: May 8, 2008
   |                                   | Time: 2:30 p.m.
22 |                                   | Ctrm: 6, 17th Floor
23

24         On May 8, 2008, this Court heard the arguments of Plaintiff, U.S. SMALL BUSINESS

25 ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., and Defendant, Rainbow

26 Enterprises, on the motion to strike the affirmative defenses.

27         Having read and considered the moving papers of the parties and hearing the arguments

28 presented regarding the same, this Court shall exercise its discretion and strike each of the eight

                                        1

affirmative defenses.

        Good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the affirmative defenses set forth are ordered stricken from the pleadings.

Dated: _____

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE
                                                       HON. VAUGHN R. WALKER

## PROOF OF SERVICE

I declare that I am a citizen of the United States of America and a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On April 3, 2008, I served the foregoing document(s) described as **[PROPOSED] JUDGMENT AND ORDER [Filed concurrently with Notice Motion, Memorandum of Points, and Request to Take Judicial Notice]** on the interested parties, addressed as stated on the attached service list.

[x]  BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[x]  BY CALIFORNIA OVERNIGHT - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[]  BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[]  BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated on the attached service list.

[]  STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]  FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on April 3, 2008, at Fresno, California.

_____
Lisa R. Barr

## Service List

**Via Mail and Electronic Mail:**

Bruce A. Singal, Esq.
Donoghue Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108-3113
E-Mail: bsingal@dbslawfirm.com

Attorneys for Defendants

**Via California Overnight:**

**Chambers Copies**

Hon. Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
17th Floor, Court Room 6
San Francisco, CA 94102