```
                  IN THE UNITED STATES DISTRICT COURT

                 FOR THE NORTHERN DISTRICT OF CALIFORNIA


UNITED STATES SMALL BUSINESS              No   C 07-3732   VRW
ADMINISTRATION, as Receiver for
PROSPERO VENTURES, LP,                    Related Cases:
                                                07-3736
          Plaintiff,                            07-3737
                                                07-3738
                                                07-3739
          v                                     07-3741

JANE C SLOANE,                            ORDER

          Defendant.
                                    /
```

Defendants' motions for an extension through April 22, 2008, to file an opposition to plaintiff's motion to strike affirmative defenses is GRANTED. See Doc ##36, 40.

The clerk is directed to docket each of the oppositions filed in the six above-captioned cases.

Plaintiff shall submit a reply to defendants' oppositions by May 2, 2008. Further, the reply shall state whether the issues in each of the six motions to strike are identical.

The hearing on plaintiff's motions to strike, currently scheduled for May 8, 2008, shall be reset to June 5, 2008, at 2:30 pm or such later date as the parties arrange with the court's deputy, Ms Cora Delfin-Klein, who may be reached at (415) 522-2039.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge