JOHN O'CONNOR
O'Connor & Associates
One Embarcadero Center, Suite 1020
San Francisco, CA 94111
Telephone: 415-693-9960
Facsimile: 415-981-0222

BRUCE A. SINGAL
DAMIEN C. POWELL
Donoghue, Barrett & Singal, P.C.
One Beacon Street
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P,<br><br>Plaintiff,<br><br>v.<br><br>RAINBOW ENTERPRISES, L.P.,<br><br>Defendant. | CASE NO. 07-03738 VRW<br><br>Related Cases:<br>C07-03732-VRW; C07-03739-VRW;<br>C07-03736-VRW; C07-03741-VRW;<br>C07-03737-VRW<br><br>APPLICATION FOR CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND MOTION FOR JUDGMENT ON THE PLEADINGS |

The above-captioned matter is currently scheduled to be heard by the Court on Plaintiff's Motion to Strike Affirmative Defenses and Motion for Judgment on the Pleadings on June 12, 2008 at 2:30 PM. Defendant respectfully requests a one week continuance of the hearing date until June 19, 2008 at 2:30 PM. As grounds therefore, Defendant states that his attorneys, Bruce A. Singal and Damien Powell, have a long scheduled arbitration in Massachusetts on June 12, 2008.

Defendant's counsel informed Plaintiff's counsel of this conflict. Plaintiff's counsel subsequently told Defendant's counsel that he had forwarded Defendant's request for a continuance to his client and would determine whether to file an opposition or notice of no opposition after hearing back from his client.

WHEREFORE, Defendant respectfully requests that this motion for continuance be granted. Defendant has attached a Proposed Order as Exhibit A.

Dated:  May 15, 2008                    DONOGHUE, BARRETT & SINGAL, P.C.

                                        By:     /s/ Damien Powell
                                                Damien Powell
                                                Bruce A. Singal
                                                Attorney for Defendant
                                                *Appearance Pro Hac Vice*


                                                O'CONNOR & ASSOCIATES
                                                John O'Connor
                                                Attorney for Defendant

2

# PROOF OF SERVICE

I, Damien C. Powell, admitted *pro hac vice* in the United States District Court, Northern District of California, declare:

I am a citizen of the United States of America and a resident of the Commonwealth of Massachusetts. I am over the age of eighteen (18) years. My business address is Donoghue, Barrett & Singal, P.C., 1 Beacon Street, Boston MA 02108. The business address of John O'Connor, Esq., the local counsel to the defendant, is One Embarcadero Center, Suite 1020, San Francisco, California 94111.

On May 15, 2008, I served the foregoing document(s) described as APPLICATION FOR CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND MOTION FOR JUDGMENT ON THE PLEADINGS on the interested parties, at the addresses as stated below.

**Via First Class Mail:**

**Arlene P. Messinger**
US Small Business Administration
409 3rd Street, SW, 7th Floor
Washington, DC 20416
202-205-6857

**Via Electronic Mail:**

**Christine Jean Levin**
Coleman & Horowitt, LLP
499 W. Shaw Avenue
Suite 116
Fresno, CA 93704
559-248-4820
Email: clevin@ch-law.com

**Darryl J. Horowitt**
Coleman & Horowitt, LLP
Attorneys at Law
499 West Shaw Avenue
Suite 116
Fresno, CA 93704
559-248-4820
Fax: 559-248-4830
Email: dhorowitt@ch-law.com

**Via Federal Express Overnight:**

Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

    I declare under penalty of perjury that the foregoing is true and correct. Executed on May 15, 2008, in Boston, Massachusetts.


/s/ Damien Powell
Damien C. Powell