UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date :  August 7, 2008

**C07-3738 VRW**

US SBA as Receiver for Prospero Ventures LP  **v**  Rainbow Enterprises L.P.

Attorneys : For Plaintiff(s):    Darryl Horowitt

        For Defendant(s):    Bradley Kaplan

Deputy Clerk: Cora Klein                                        Reporter: not reported

PROCEEDINGS:

                                                          RULING:
1. _____      _____
2. _____      _____
3. _____      _____

Case Management Conference and report to the court the status of the settlement- Held.

Plaintiff's counsel informed the court that the matter has been resolved and the parties' will be filing stipulation for dismissal.